**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6883**

_____

PETER ANTHONY BAKOWSKI,

                Petitioner – Appellant,

      v.

KENNY ATKINSON, Warden, Federal Medical Center at Butner, NC,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever III, Chief District Judge.  (5:14-hc-02078-D)

_____

Submitted:  November 6, 2015        Decided:  December 4, 2015

_____

Before NIEMEYER and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Peter Anthony Bakowski, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Anthony Bakowski, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition, and its subsequent order denying his motions for reconsideration. On appeal, he pursues only the claim that his restitution amount was improperly calculated. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Bakowski v. Atkinson, No. 5:14-hc-02078-D (E.D.N.C. Dec. 2, 2014). We deny Bakowski's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED